**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JEREMY BARTON, SPECIAL | ) | |
| ADMINISTRATOR OF THE ESTATE OF | ) | |
| FRANKLIN BARTON, JR., DECEDENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v.- | ) | Case No. 06-CV-622-JPG |
| | ) | |
| RANDOLPH COUNTY, EVERCOM, INC., | ) | |
| and PBG, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This cause comes before the Court on the motion of plaintiff Jeremy Barton for default

judgment against defendant PBG, Inc. pursuant to Federal Rule of Civil Procedure 55(b) (Doc.

19).  This request is premature in light of the fact that the Clerk of Court has not entered default

pursuant to Federal Rule of Civil Procedure 55(a) against PBG, Inc.  Only after default has been

entered pursuant to Rule 55(a) against a party is a default judgment under Rule 55(b)

appropriate.  For this reason, the Court **DENIES without prejudice** the plaintiff's motion for

default judgment (Doc. 19).  The Court **FURTHER ORDERS** that the deadline to show cause

contained in the Court's January 17, 2007, order is extended to February 9, 2007.  Again, the

plaintiff's filing of a proper motion for entry of default pursuant to Rule 55(a) shall be a

satisfactory response to this order to show cause.

**IT IS SO ORDERED.**
**DATED this 31st day of January, 2007.**

s/ J. Phil Gilbert_____
**UNITED STATES DISTRICT JUDGE**