IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY BARTON, SPECIAL ADMINISTRATOR OF THE ESTATE OF FRANKLIN BARTON, JR., DECEDENT,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>-v.-  )<br>)<br>RANDOLPH COUNTY, EVERCOM, INC., )<br>and PBG, INC.,  )<br>)<br>Defendants.  ) | Case No. 06-cv-622-JPG |

## MEMORANDUM AND ORDER

This cause comes before the Court on the motion for summary judgment on Count VII filed by defendant Randolph County (Doc. 31). Pursuant to Local Rule 7.1(c), plaintiff Jeremy Barton's response was due 30 days after the motion to dismiss was filed. The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Thirty days have passed and the plaintiff has not responded. Local Rule 7.1(c). Furthermore, the plaintiff has informed the Court that he does not intend to respond and is aware of the consequences that may follow from Local Rule 7.1(c).

The Court has reviewed Randolph County's summary judgment motion and finds that it is appropriate to construe the plaintiff's failure to respond to the motion as an admission of its merits pursuant to Local Rule 7.1(c). Accordingly, the Court **GRANTS** defendant Randolph County's motion for summary judgment on Count VII (Doc. 31) and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. Defendant Randolph County is terminated from this action.

**IT IS SO ORDERED.**
**DATED this 31st day of May, 2007.**

s/ J. Phil Gilbert
**UNITED STATES DISTRICT JUDGE**