IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY BARTON, SPECIAL ADMINISTRATOR OF THE ESTATE OF FRANKLIN BARTON, JR., DECEDENT,           )<br>)<br>)<br>)<br>Plaintiff,           )<br>)<br>-v.-           )<br>)<br>RANDOLPH COUNTY, EVERCOM, INC., )<br>and PBG, INC.,           )<br>)<br>Defendants.           ) | Case No. 06-CV-622-JPG |

**MEMORANDUM AND ORDER**

This cause comes before the Court on the June 13, 2007, order to show cause (Doc. 45). In that order, the Court ordered the plaintiff to show cause on or before June 22, 2007, why his case against defendant PBG, Inc. should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. It warned the plaintiff that his failure to respond to the order could result in dismissal of the action against defendant PBG, Inc.

The plaintiff has not responded to the order to show cause. Accordingly, as it warned the plaintiff it would do, the Court **DISMISSES** Counts VIII to XIV **with prejudice** for failure to prosecute pursuant to Rule 41(b) and the Court's inherent authority to manage its docket and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.. Defendant PGB, Inc. is terminated as a party in this case.

**IT IS SO ORDERED.**
**DATED this 27th day of June, 2007.**

                              s/ J. Phil Gilbert
                              **UNITED STATES DISTRICT JUDGE**